UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Adetayo Adedipe et al.,

    Plaintiffs,

v.                                         Civil No. 13-2687 (JNE/JJK)

U.S. Bank, National Association et al.,

    Defendants.

ORDER

Shelly Abrams et al.,

    Plaintiffs,

v.                                           Civil No. 13-2944 (JNE/JJK)

U.S. Bank, National Association et al.,

    Defendants.

These cases are before the Court on a Report and Recommendation issued by the Honorable Jeffrey J. Keyes, United States Magistrate Judge, on February 4, 2014. No objection to the Report and Recommendation has been made. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court accepts the recommendation. Therefore, IT IS ORDERED THAT:

1. Plaintiff Adetayo Adedipe's Motion to Consolidate ERISA Actions and to Appoint Interim Lead Plaintiff and Interim Co-Lead Counsel [Civil No. 13-2687, Docket No. 19; Civil No. 13-2944, Docket No. 15] is GRANTED. The *Adedipe* case and the *Abrams* case shall be consolidated; named plaintiffs Adetayo Adedipe, James J. Thole, Marlene Jackson, and Sherry Smith are appointed interim lead plaintiffs; and Cohen Milstein Sellers & Toll PLLC and Zimmerman Reed, PLLP, are appointed interim co-lead counsel.

2.     The *Abrams* Plaintiffs' Motion to Consolidate ERISA Actions and Appoint Interim Lead Plaintiffs and Interim Lead Counsel [Civil No. 13-2687, Docket No. 30; Civil No. 13-2944, Docket No. 27] is GRANTED IN PART and DENIED IN PART. The *Abrams* Plaintiffs' motion to consolidate ERISA actions is granted and the motion to appoint interim lead plaintiffs and lead counsel is denied.

3.     Interim co-lead counsel shall promptly review and consider the operative complaints in the *Adedipe* case and the *Abrams* case, determine whether a consolidated amended complaint is necessary, and serve and file a consolidated amended complaint if deemed appropriate. Such a consolidated amended complaint may be filed as a matter of course and without a motion.

4.     Interim co-lead counsel shall maintain itemized and detailed time records and categorize time records chronologically by discrete event/activity as well as by attorney. If an event or activity takes place for the benefit of the class, the time entry shall describe the event or activity, and list the names of all persons who participated, the time spent by each person, and the requested billable rate that each person seeks to charge.

Dated: March 4, 2014

                                                                 s/Joan N. Ericksen
                                                                  JOAN N. ERICKSEN
                                                                  United States District Judge